**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aryon Williams, Jr.,<br><br>　　　　Petitioner,<br><br>v.<br><br>Dora Schriro, et al.,<br><br>　　　　Respondents. | No. CV-97-1239-PHX-PGR<br><br>DEATH PENALTY CASE<br><br><br>**ORDER RE: AMENDED**<br>**CERTIFICATE OF APPEALABILITY** |

The Court denied Petitioner Aryon Williams's Third Amended Petition for Writ of Habeas Corpus (Dkt. 85), and granted a certificate of appealability with respect to the merits of Claim 16 (Dkt. 122). On March 7, 2007, Petitioner filed a motion seeking, in part, reconsideration of the Court's denial of Claim 8. (Dkt. 123.) In an Order filed simultaneously on this date, the Court has denied Petitioner's motion for reconsideration. However, the Court finds that reasonable jurists could debate its resolution of Claim 8.

Based on the foregoing,

**IT IS HEREBY ORDERED** that the Court grants a Certificate of Appealability as to the following issues:

> Whether Claim 8 of the Third Amended Petition – alleging that Petitioner's due process rights were violated by the denial of funds for a mental health evaluation to assist the defense at sentencing – fails on the merits.

Whether Claim 16 of the Third Amended Petition – alleging that Petitioner's due process rights were violated by the prosecution's suppression of evidence that another person may have committed the murder for which Petitioner was convicted – fails on the merits.

DATED this 28th day of March, 2007.

Paul G. Rosenblatt
United States District Judge